UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHILIP WORKMAN | ) | |
| TERRY LEE WORKMAN | ) | |
| | ) | NO. _____ |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| DR. BRUCE LEVY, et al. | ) | |

ORDER

Pending before the Court are the Complaint, Motion For Preliminary Injunction, and Plaintiff Philip R. Workman's Application To Proceed In Forma Pauperis. However, Plaintiff Terry Lee Workman has not paid a filing fee nor submitted an application to proceed in forma pauperis. Accordingly, the Clerk shall not file the Complaint in this case until Plaintiff Terry Lee Workman pays the filing fee or files an application to proceed in forma pauperis, and such application has been granted. 28 U.S.C. §§ 1914, 1915.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE